AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| KATHERINE SMITH <br> *Plaintiff* <br> v. <br> LERNER NEW YORK, INC. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-0492 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LERNER NEW YORK, INC.
c/o CT Corporation System
attn.: Registered Agent
1201 Peachtree Street, NE
Fulton, Atlanta GA, 30361, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   H. Alison Burns
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:  February 9, 2017

s/Anniva Renick
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lerner New York, INC

was received by me on *(date)* 2-14-17 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Please see the attached Return Receipt from USPS mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-24-17

*Server's signature*

Nate Prokoski, Paralegal
*Printed name and title*

4001 Carmichael Road, Suite 570, Montgomery, AL 36106
*Server's address*

Additional information regarding attempted service, etc:

**CERTIFIED MAIL**

ADA Group LLC
attn: H. Alison Burns Esq.
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116

PS Form 3800 6/02

9415 5118 9956 4918 6012 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X RECEIVED BY: CT CORP
B. Received By: (Please Print Clearly)
1201 PEACHTREE ST
C. Date of Delivery ATLANTA, GA 30361

D. Addressee's Address (If Different From Address Used by Sender.)

Secondary Address / Suite / Apt. / Floor   (Please Print Clearly)

Delivery Address

City      State     ZIP + 4 Code

RETURN RECEIPT REQUESTED

Article Addressed To:

LERNER NEW YORK INC.
c/o C T Corporation System
1201 Peachtree Street, NE,
Fulton, Atlanta, GA 30361

---

UNITED STATES POSTAL SERVICE
N METRO
GA 301
17 FEB '17
PM 6 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RETURN

ADA Group LLC
attn: H. Alison Burns Esq.
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36116

36106

PS FORM 3811, 2/...



Date: February 24, 2017

Heather Burns:

The following is in response to your February 24, 2017 request for delivery information on your Certified Mail™/RR/RRE item number 9415511899564918601288. The delivery record shows that this item was delivered on February 14, 2017 at 9:13 am in ATLANTA, GA 30309. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Fisher Phillips - C.T. Corp

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service