# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**KATHERINE SMITH**,

      Plaintiff,

v.

**LERNER NEW YORK, INC.**,

      Defendant.

Case No. 1:17-CV-00492-RWS

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT

COME NOW the parties through counsel and file this Joint Motion requesting an extension of time for Defendant to file its answer, defensive pleadings, affirmative defenses, motions, counterclaims, cross-claims, third-party claims, or any other defensive pleadings, or to in any way respond to the Complaint filed by the Plaintiff in the above-styled action. The parties request that Defendants shall have up through and including Monday, May 8, 2017, within which time to file such defensive pleadings.

The parties submit a proposed Order for the Court's consideration simultaneously herewith.

Respectfully submitted, this 7th day of March, 2017.

| *Prepared by:* | *Consented to:* |
|---|---|
| /s/ Jamie M. Konn | /s/ Alison Burns |
| Jamie M. Konn | Alison Burns |
| Georgia Bar No. 419240 | Georgia Bar No. 604552 |
| Arielle S. Eisenberg | The ADA Group LLC |
| Georgia Bar No. 654269 | 4001 Carmichael Road, Suite 570 |
| DLA Piper LLP (US) | Montgomery, AL 36116 |
| 1201 West Peachtree Street, Suite 2800 | 334.356.5314 – Telephone |
| Atlanta, GA 30309-3450 | 334.819.4032 – Facsimile |
| 404.736.7800 – Telephone | HAB@ADA-Firm.com |
| 404.682.7800 – Facsimile | |
| jamie.konn@dlapiper.com | *Attorneys for Plaintiff* |
| arielle.eisenberg@dlapiper.com | |

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE UNDER L.R. 7.1D**

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for Defendants hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

>  */s/ Jamie M. Konn*
> Jamie M. Konn
> Georgia Bar No. 419240
> Arielle S. Eisenberg
> Georgia Bar No. 654269
> DLA Piper LLP (US)
> 1201 West Peachtree Street, Suite 2800
> Atlanta, GA 30309-3450
> 404.736.7800 – Telephone
> 404.682.7800 – Facsimile
> jamie.konn@dlapiper.com
> arielle.eisenberg@dlapiper.com
>
> *Attorneys for Defendant*