**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **KATHERINE SMITH**, <br><br> Plaintiff, <br><br> v. <br><br> **LERNER NEW YORK, INC.**, <br><br> Defendant. | Case No. 1:17-CV-00492-RWS |

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**

This matter having come before the Court on the parties' Joint Motion for Extension of Time for Defendant to Answer Plaintiff's Complaint, and having considered such Motion and for good cause shown, it is hereby ordered and adjudged that Defendant, Lerner New York, Inc., shall have up through and including Monday, May 8, 2017 to file its answer, defensive pleadings, affirmative defenses, motions, counterclaims, cross-claims, third-party claims, or any other defensive pleadings, or to in any way respond to the Complaint filed by the Plaintiff in the above-styled action.

SO ORDERED this ____ day of _____, 2017.

_____
Honorable Richard W. Story
United States District Court